No. 478. KIAMIE ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Theodore Kiendl, William R. Meagher* and *Philip C. Potter, Jr.* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph F. Goetten* for the United States.

No. 477. INTERNATIONAL ORGANIZATION OF MASTERS, MATES AND PILOTS OF AMERICA, INC., AFL–CIO, ET AL. *v.* MADDEN, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Mozart G. Ratner* for petitioners. *Solicitor General Rankin, Jerome D. Fenton, Thomas J. McDermott, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board.

No. 484. GRADY COUNTY, GEORGIA, *v.* DICKERSON. C. A. 5th Cir. Certiorari denied. *Eugene Cook,* Attorney General of Georgia, *Paul Miller, E. J. Summerour, Lamar Murdaugh,* Assistant Attorneys General, *Ariel V. Conlin, John E. Hogg,* Deputy Assistant Attorneys General, and *Sol Altman* for petitioner. *Thomas Heyward Vann* for respondent.

No. 430. FLYING TIGER LINE, INC., *v.* PHILIPPINE AIR LINES, INC.; and

No. 469. PHILIPPINE AIR LINES, INC., *v.* ORLOVE, DOING BUSINESS AS H. ORLOVE Co. C. A. 2d Cir. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of these applications. *Russell T. Mount* and *James F. Dwyer* for petitioner in No. 430. *Frank C. Fisher* and *Harry W. Colmery* for the Philippine Air Lines, Inc. *Arthur O. Louis* for respondent in No. 469. Reported below: 257 F. 2d 384.